

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEANTHONY BROWN | Case No. 1:25-cr-00460<br>Judge Virginia M. Kendall<br>Magistrate Judge Jeannice W. Appenteng<br>RANDOM/Cat. 3<br><br>Violation: Title 18, United States Code, Sections 1014 and 1344 |

### COUNT ONE

The SPECIAL MAY 2024 GRAND JURY charges:

1. At times material to this indictment:

    a. Defendant LEANTHONY BROWN was an officer employed by the Chicago Police Department.

    b. Fathers Brothers and Sons of Chicago, Inc. ("Fathers Brothers") was a construction company that was incorporated in Illinois, whose managing member and sole shareholder was BROWN.

    c. CTP Funding, LLC was an Arizona limited liability company, which was a mortgage lending business that brokered and financed real estate transactions and whose activities affected interstate commerce.

    d. Western Alliance Bank was a financial institution that financed real estate transactions for CTP Funding, LLC and whose deposits were insured by the Federal Deposit Insurance Corporation.

    e. Mortgage lending businesses required applicants for mortgage loans to provide truthful information, including about the applicant's financial

condition, employment, income, and assets, which information was material to lenders' approval, terms, and funding of loans.

2. Beginning no later than on or about February 15, 2019, and continuing until on or about March 22, 2019, in the Northern District of Illinois, Eastern Division, and elsewhere,

LEANTHONY BROWN

defendant herein, knowingly participated in a scheme to obtain money and funds owned by and under the custody and control of a financial institution by means of materially false and fraudulent pretenses, representations, and promises, which scheme is further described below.

3. It was part of the scheme that BROWN fraudulently obtained mortgage loans from a financial institution in a total amount of at least approximately $287,300 by making and causing to be made materially false representations in documents submitted to CTP Funding, LLC and Western Alliance Bank concerning, among other things, BROWN's assets and Fathers Brothers' assets.

4. It was further part of the scheme that, as part of the loan application process for Property A and Property B, both of which were located in Chicago, Illinois, BROWN caused to be prepared and submitted to CTP Funding, LLC fraudulent bank statements for a personal bank account, knowing that the bank statements related to a fictitious bank account and falsely overrepresented the actual amount of money BROWN had in his real bank account.

5. It was further part of the scheme that, as part of the loan application process for Property C, which also was located in Chicago, Illinois, BROWN caused to be prepared and submitted to CTP Funding, LLC fraudulent bank statements for a personal bank account and a bank account for Fathers Brothers, knowing that the bank statements related to fictitious bank accounts and falsely overrepresented the actual amount of money BROWN and Fathers Brothers had in their real bank accounts.

6. It was further part of the scheme that, on or about February 15, 2019, February 19, 2019, and March 22, 2019, BROWN obtained mortgage loans in the total amount of approximately $287,300.

7. It was further part of the scheme that BROWN did misrepresent, conceal, and hide, and caused to be misrepresented, concealed, and hidden, acts done in furtherance of the scheme and the purpose of those acts.

8. On or about February 15, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

LEANTHONY BROWN

defendant herein, knowingly executed and attempted to execute the scheme to defraud by causing Western Alliance Bank, a financial institution, to fund a mortgage loan in the amount of approximately $60,450 for the purchase of Property A in Chicago, Illinois;

In violation of Title 18, United States Code, Section 1344(2).

## **COUNT TWO**

The SPECIAL MAY 2024 GRAND JURY further charges:

1. Paragraphs 1 through 7 of Count One are incorporated here.

2. On or about February 19, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

LEANTHONY BROWN,

defendant herein, knowingly executed and attempted to execute the scheme to defraud by causing Western Alliance Bank, a financial institution, to fund a mortgage loan in the amount of approximately $57,850 for the purchase of Property B in Chicago, Illinois;

In violation of Title 18, United States Code, Section 1344(2).

## **COUNT THREE**

The SPECIAL MAY 2024 GRAND JURY further charges:

1. Paragraphs 1 through 7 of Count One are incorporated here.

2. On or about March 22, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

LEANTHONY BROWN,

defendant herein, knowingly executed and attempted to execute the scheme to defraud by causing Western Alliance Bank, a financial institution, to fund a mortgage loan in the amount of approximately $169,000 for the purchase of Property C in Chicago, Illinois;

In violation of Title 18, United States Code, Section 1344(2).

**COUNT FOUR**

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about March 22, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

LEANTHONY BROWN,

defendant herein, knowingly caused a false statement to be made to a financial institution, namely, Western Alliance Bank, for the purpose of influencing the action of Western Alliance Bank upon a mortgage loan for the purchase of Property C in Chicago, Illinois, in that BROWN caused to be stated in a bank statement that he had a balance in his bank account of approximately $62,258 for the time period ending February 28, 2019, when BROWN knew that such statement was false;

In violation of Title 18, United States Code, Section 1014.

## **COUNT FIVE**

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about March 22, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

### LEANTHONY BROWN,

defendant herein, knowingly caused a false statement to be made to a financial institution, namely, Western Alliance Bank, for the purpose of influencing the action of Western Alliance Bank upon a mortgage loan for the purchase of Property C in Chicago, Illinois, in that BROWN caused to be stated in a bank statement that Fathers Brothers had a balance in its bank account of approximately $616,905 for the time period ending February 28, 2019, when BROWN knew that such statement was false;

In violation of Title 18, United States Code, Section 1014.

## FORFEITURE ALLEGATION

The SPECIAL MAY 2024 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Sections 1014 or 1344, as set forth in this indictment, defendant shall forfeit to the United States of America any property which constitutes and is derived from proceeds obtained directly and indirectly as a result of the offense, as provided in Title 18, United States Code, Section 982(a)(2)(A).

2. The property to be forfeited includes, but is not limited to, a personal money judgment in the amount of approximately $287,300.

3. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Sarah Streicker on behalf of
ANDREW S. BOUTROS
United States Attorney